**Relief Requested Without Hearing**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| Lorelle Terese Courtois | ) | CHAPTER 7 |
| *dba* Lorelle's Cleaning Service | ) | CASE NO. 15-20470 |
| *aka* Lorelle Terese Courtois-Carr | ) | |
| *dba* Lorell & Sons Cleaning Service | ) | |
| | ) | |
| Debtor | ) | |

## ORDER PURSUANT TO 11 U.S.C. § 362(d)
## MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)

Upon the consented motion, (the "Motion"), of Federal National Mortgage Association (with

any subsequent successor or assign, the "Creditor"), for an order, pursuant to section 362(d) of title 11

of the United States Code (the "Bankruptcy Code") vacating the automatic stay imposed in the above-

captioned case by section 362(a) of the Bankruptcy Code as to the Creditor's interests in the Property

known as 45 Straw Road, Gorham, ME 04038 (the "Property") to allow the Creditor's enforcement of

its rights in, and remedies in and to, the Property; and due and proper notice of the Motion having been

made on all necessary parties; and having come before me and upon all of the proceedings had before

the Court; and after due deliberation and sufficient cause appearing, it is hereby

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that the automatic stay imposed in this case by section 362(a) of the Bankruptcy

Code is vacated under section 362(d) of the Bankruptcy Code as to the Creditor's interests in the

Property to allow the Creditor's enforcement of its rights in, and remedies in and to, the Property;

including but not limited to negotiating a settlement or by entering into a loan workout with the Debtor;

and it is further

ORDERED that the Creditor shall promptly report and turn over to the case trustee any surplus

monies realized by any sale of the Property; and it is further

ORDERED that the Creditor is hereby awarded reasonable attorney fee in the amount of $750.00 in accordance with the terms of the loan documents; and it is further

ORDERED that this Order shall become final in fourteen (14) days unless a Party in Interest sooner objects, in which case the matter shall be set for hearing and considered by the Court as if this Order had not been entered.


SO ORDERED.


DATED at Portland, Maine this __30th__ day of __July_____, 2015.


                              /s/ Peter G. Cary
                              Hon. Peter G. Cary
                              United States Bankruptcy Judge